IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY EDWARD KNOTTS                                                              PLAINTIFF

v.                                            Civil No. 2:17-2006

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                  DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 6) from United States Magistrate Judge Mark E. Ford. On April 19, 2017, Plaintiff filed timely objections to the Magistrate Judge's report and recommendations, along with a Motion for Leave to Proceed In Forma Pauperis, Motion for Service, and a Consent to the Assignment of United States Magistrate Judge. After reviewing the record de novo as to Plaintiff's objections, the Court declines to adopt the report and recommendations. Plaintiff has now completed the documents previously requested by the Court, and he has provided the Court with a mailing address. Accordingly, this matter will be referred back to the Magistrate Judge for resolution.

IT IS SO ORDERED this 21st day of April, 2017.

/s/ P. K. Holmes III
P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE